[No. 10921.   *En Banc.*   January 17, 1914.]

JOSEPH JOHNS, *as Receiver etc., Appellant,* v. WILLIAM B. COFFEE
*et al., Respondents.*[1]

Appeal from a judgment of the superior court for Pierce county,
Card, J., entered October 28, 1912, upon findings in favor of the de-
fendants, in an action on unpaid stock subscriptions. Affirmed.

*Burkey, O'Brien & Burkey,* for appellant.

*B. S. Grosscup* and *W. C. Morrow,* for respondents.

### ON REHEARING.

PER CURIAM.—Upon a rehearing of this case by the court *En Banc,*
the majority still adhere to the original opinion as found in 74
Wash. 189, 133 Pac. 4, and for the reasons there given, are of the
opinion that the judgment should be affirmed.